
**FILED IN CHAMBERS**
U.S.D.C ATLANTA

Date: May 13 2020

JAMES N. HATTEN, Clerk

By: s/B. Evans
    Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America<br>v.<br>Maurice Fayne, a/k/a "Arkansas Mo" | Case Number: 1:20-MJ-370 |
| In the Matter of the Search of<br>Property located at<br>4029 Mountain Side Trail,<br>Dacula, GA 30019-7266 | Case number: 1:20-MC-833 |
| In the Matter of the Seizure of:<br>Any and all funds maintained in<br>Navy Federal Credit Union<br>Account Number 7100050090,<br>Held in the name of Maurice Fayne | Case Number: 1:20-MJ-364 |
| In the Matter of the Seizure of:<br>Any and all funds maintained in<br>Wells Fargo Bank<br>Account Number 3025920467,<br>held in the name of Cawanza Wilkins | Case Number: 1:20-MJ-361 |
| In the Matter of the Seizure of:<br>Three assorted pieces of<br>custom-made jewelry | Case Number: 1:20-MJ-360 |
| In the Matter of the Seizure of:<br>Any and all funds maintained in<br>United Community Bank, Inc.<br>Account Number 2013151408,<br>held in the name of Flame Trucking, Inc. | Case Number: 1:20-MJ-355 |

## Motion to Unseal

The United States of America respectfully requests that all currently sealed documents in the above-styled cases be unsealed for the following reasons:

1.

Maurice Fayne, a/k/a "Arkansas Mo," was arrested this morning on the Criminal Complaint issued in Case Number 1:20-MJ-370.

2.

The search warrant issued in Case Number 1:20-MC-833 and the seizure warrants issued in Case Numbers 1:20-MJ-364, 1:20-MJ-361, 1:20-MJ-360, and 1:20-MJ-355 have been executed.

3.

Accordingly, there is no need to keep these documents under seal. And the Government respectfully requests that this Motion be granted.

This 13th day of May, 2020.

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

/s/ John Russell Phillips
JOHN RUSSELL PHILLIPS
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 576335
75 Ted Turner Drive, S.W., Suite 600
Atlanta, Georgia  30303
404-581-6239